# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ERIKA DAUBENMIRE,**
Appellant,

v.

**D.R. HORTON, INC.,**
Appellee.

No. 4D21-2637

[October 13, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 31-2019-CA-000632.

Christopher M. Rotunda of Graves Thomas Rotunda Injury Law Group, Vero Beach, for appellant.

Crystal L. Arocha, G. Martina Lanfersiek and Michael J. Lynott of Milber, Makris, Plousadis & Seiden, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***